UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -

EVAN HARRIS,

               Plaintiff,

     -against-

STATE OF NEW YORK, et al.,

               Defendants.

No. 20-CV-8827 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

     The Court is in receipt of Defendants' request for an extension, (see dkt. no. 14), which Plaintiff opposes, (see dkt. no. 16).  Defendants shall respond to Plaintiff's opposition no later than February 16, 2021.  The deadline for Defendants to answer, move, or otherwise respond to Plaintiff's complaint is administratively extended to February 18, 2021 to permit the Court to consider Defendants' response.

**SO ORDERED.**

Dated:  February 11, 2021
       New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.