UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
EVAN HARRIS,

                          Plaintiff

                                                   **NOTICE OF APPEARANCE**

      -against-

                                           Case No.:
                                           20-CV -8827

STATE OF NEW YORK, OFFICE OF
NEW YORK STATE COMPTROLLER
LAWRENCE SCHANTZ and
ROBERT TAMBINI

                          Defendants.
------------------------------------------------------------------------x

PLEASE TAKE NOTICE THAT Oscar Michelen, of CUOMO LLC appears on behalf of the defendant LAWRENCE SCHANTZ in this matter. His contact address is 200 Old Country Road, Suite 2 South, Mineola, NY 11501.  His phone number is 516 741-3222 and his fax is 516-741-3223. His email address is omichelen@cuomollc.com

Dated:  March 2, 2021                      /s/ *Oscar Michelen*

                                               OSCAR MICHELEN (OM 5199)
                                             CUOMO LLC
                                             200 Old Country Road
                                             Mineola NY 11501
                                             516-741-3222
                                             Fax: 516-741-3223
                                             omichelen@cuomollc.com