UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVAN HARRIS,

            Plaintiff,

-against-

STATE OF NEW YORK, OFFICE OF
NEW YORK STATE COMPTROLLER,
LAWRENCE SCHANTZ, and ROBERT
TAMBINI,

            Defendants.

No. 20-CV-8827 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's motion for reconsideration of the Court's Order dated April 21, 2022 (see dkt. no. 68). (See dkt. nos. 87, 88.) The State of New York shall respond by Thursday, June 23, 2022.

**SO ORDERED.**

Dated:    June 16, 2022
            New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge