

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

October 27, 2023

**By ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
VIA ECF

Re: *Harris v. The State of New York, et al*, 20 CV 8827 (LAP)

Dear Judge Preska:

I represent Lawrence Schantz one of the remaining defendants in the above matter. I write to request an adjournment of the conference presently scheduled for November 1, 2023, before Your Honor.

Commencing on October 30, 2023, with jury selection, I will be in trial before the Hon. Kenneth Karas in the Charles Brieant Courthouse for the Southern District of New York in White Plains, New York, in the matter entitled *Richard Haughey, as administrator of the Estate of William Haughey v. County of Putnam, et al*, 18 cv 2861. The trial is expected to go through November 14, 2023.

When this Court scheduled the November 1, conference on October 20, 2023, I advised my co-counsel that I had this potential conflict and may have to ask to postpone the conference. The parties in the Haughey case were conducting mediation and engaging in settlement talks so I was hopeful that the case would resolve, but unfortunately it did not.

I have conferred with counsel and all counsel are available after 2PM on November 29, 2023, or any time on November 30, 2023. I ask that the Court adjourn the conference to one of those dates and times if they are available to the Court.

Thank you for the Court's time and attention in this matter.

Respectfully submitted,

*s/Oscar Michelen*

Oscar Michelen

*The conference is adjourned to November 29, 2023 at 2:30 PM.*

**SO ORDERED**
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

10/30/23

cc: All counsel via ECF