

22 Corporate Woods Boulevard, Suite 501 | Albany, NY 12211 | **bsk.com**

**SANJEEVE K. DESOYZA, ESQ.**
sdesoyza@bsk.com
P: 518.533.3206
F: 518.533.3299

December 6, 2023

**VIA ECF**

Hon. Loretta A. Preska
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:   *Harris v. State of New York, et al.*
        Civil Action No.: 1:20-cv-08827-LAP

Dear Judge Preska:

This office represents the New York State Office of the State Comptroller in the above-referenced matter.

Pursuant to Your Honor's scheduling order dated November 30, 2023 [Dkt No 122], an in-person conference is currently scheduled for February 14, 2024 at 10 a.m. I currently have an arbitration scheduled for February 14 and would not be available that day for the conference.

In accordance with the direction from the Court, I have conferred with the other parties and we have jointly identified alternative available dates. Therefore, I write on behalf of all parties to request an adjournment of the conference to February 15, 2024 or March 1, 2024.

This request does not affect any other scheduled dates.

Hon. Loretta A. Preska
December 6, 2023
Page 2

Thank you for your consideration in this matter.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Sanjeeve K. DeSoyza
Member

SKD/atm

cc via ECF: All counsel of record

> The conference presently scheduled for February 14, 2024, is hereby adjourned until February 15, 2024, at 11:30 a.m.
>
> **SO ORDERED.**
>
> Dated: December 6, 2023
>
> _____
> LORETTA A. PRESKA, U.S.D.J.