UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVAN HARRIS,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>STATE OF NEW YORK, et al.,<br><br>　　　　　　　　Defendants. | No. 20-CV-8827 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　In any order dated February 12, 2024, the Court permitted Defendant Lawrence Schantz and counsel for Mr. Schantz to appear telephonically at the conference scheduled for February 15, 2024, at 11:30 a.m.  (See dkt. no. 126.)  Mr. Schantz and his counsel may access the conference using the dial-in (877) 402-9753, access code 6545179.

**SO ORDERED.**

Dated:　　February 14, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　Senior United States District Judge

1