UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVAN HARRIS,<br><br>          Plaintiff,<br><br>-against-<br><br>STATE OF NEW YORK, et al.,<br><br>          Defendants. | No. 20-CV-8827 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    As set out during the proceedings held on February 15, 2024, the parties have reached a settlement in this action.  Pursuant to the parties' settlement, the Court dismisses all outstanding counts in Plaintiff's Second Amended Complaint, (see dkt. no. 66). The Clerk of the Court shall (1) mark this action closed, subject to reinstatement within 45 days if the settlement is not effected; and (2) mark all pending motions denied as moot.  The Court will retain jurisdiction to administer the settlement.

**SO ORDERED.**

Dated:    February 16, 2024
            New York, New York

                                          */s/ Loretta A. Preska*
                                          LORETTA A. PRESKA
                                          Senior United States District Judge