UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVAN HARRIS,

        Plaintiff,

-against-

STATE OF NEW YORK, et al.,

        Defendants.

No. 20-CV-8827 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's letter, dated June 12, 2024, in which he requests leave to file under a seal a motion to enforce the terms of the settlement agreement reached by the parties in the above-captioned case on February 15, 2024.  (See dkt. no. 131.)  The Court has also received the letter response filed by Defendant Office of the New York State Comptroller, dated June 17, 2024, as well as Plaintiff's reply, dated June 24, 2024.

    Plaintiff's request is granted.  Plaintiff may file his motion to enforce under seal, in accordance with the procedures set forth in Individual Practices Rule 2.H.

    The Clerk of the Court shall close docket entry number 131.

**SO ORDERED.**

Dated:    July 8, 2024
           New York, New York

                              *Loretta A. Preska*
                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge