UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVAN HARRIS,

          Plaintiff,

-against-

STATE OF NEW YORK, et al.,

          Defendants.

No. 20-CV-8827 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' briefs and supporting documents regarding Plaintiff's motion to enforce the terms of the parties' settlement agreement. (See dkt. nos. 133-35.)

    Counsel for Plaintiff, counsel for Defendants, Plaintiff, and a representative with decision-making authority from the Office of New York State Comptroller shall appear for a conference on October 10, 2024, at 1:00 p.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    October 2, 2024
           New York, New York

                                    _Loretta A. Preska_
                                    LORETTA A. PRESKA
                                    Senior United States District Judge