UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVAN HARRIS,

           Plaintiff,

-against-

STATE OF NEW YORK, et al.,

           Defendants.

No. 20-CV-8827 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter motion filed by Defendant Office of New York State Comptroller ("OSC") seeking an adjournment of the conference scheduled for October 10, 2024, at 1:00 p.m., (see dkt. no. 137), as well as Plaintiff's letter response, (see dkt. no. 138).

    OSC's request is denied. As Plaintiff notes in her letter, OSC is represented by multiple capable attorneys in the instant litigation; any scheduling conflict Mr. DeSoyza has can be remedied by Mr. Buehler's appearance at the conference. The parties shall appear for the conference in Courtroom 12A as scheduled.

    The Clerk of the Court is directed to close docket number 137.

SO ORDERED

10/7/24

_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1